UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cr-00070-RJC-DSC

| USA | ) | |
| :--- | :--- | :--- |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CANDELARIO GONZALEZ-RIVERA, | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant, pro se, requesting that the Court reconsider the extent of its reduction of his sentence. (Doc. No. 63).

The Court recently reduced the defendant's sentence based on retroactive amendments to the United States Sentence Guidelines relating to drug offenses. (Doc. No. 62: Order). Although the Court originally imposed an above-guideline sentence and applied a comparable increase relative to the amended range, the defendant now seeks a low-end sentence. (Doc. No. 63: Motion at 2).

The Court finds that a further reduction would not accomplish the goals of sentencing, considering the factors set forth in 18 U.S.C. § 3553(a), as well as the defendant's post-sentence conduct and the public's safety.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 63), is **DENIED**.

Signed: December 9, 2015

Robert J. Conrad, Jr.
United States District Judge